Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

*Attorneys for Defendant Orteco s.r.l.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILL SCOTT, individually,<br><br>          Plaintiff,<br><br>vs.<br><br>ORTECO s.r.l., a foreign entity; LEWIS LALONDE FENCING, LTD, a foreign entity; FIRST SOLAR, LLC, a wholly owned subsidiary of FIRST SOLAR, INC.; DOES 1 through 10 and ROE CORPORATIONS 11 through 20, inclusive;<br><br>          Defendants. | Case No. 2:13-cv-2030-GMN-VCF<br><br>SUBSTITUTION OF COUNSEL |

Defendant Lewis Lalonde Fencing, Ltd. hereby substitutes BALLARD SPAHR LLP as its counsel in the place of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.

Dated: ~~June~~ *September* 2, 2014.

LEWIS LALONDE FENCING, LTD.

By: _____

*Lewis Lalonde, President*
(Print name and title)

[*Remainder of Page Intentionally Left Blank*]

DMWEST #10926228 v1

1  The undersigned hereby agrees to the substitution of BALLARD SPAHR LLP in
2  the place of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.

Dated: ~~June~~ Sept. 9, 2014.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Kym Samuel Cushing
Nevada Bar No. 4242
Richard Dreitzer
Nevada Bar No. 6626
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

The undersigned hereby authorizes and consents to the substitution as counsel of record for LEWIS LALONDE FENCING, LTD. in the instant action.

Dated: ~~June~~ Sept. 29, 2014.

BALLARD SPAHR LLP

By: _____
Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

IT IS HEREBY ORDERED that Lewis Lalonde Fencing, Ltd. will now be represented by BALLARD SPAHR LLP.

Dated this 29th day of September, 2014.

_____
DISTRICT COURT JUDGE

DMWEST #10926228 v1